### No. 195

No. 17860—Joseph Lisk, Admr., etc., v. Anna Hora. Error to the Court of Appeals of Belmont county.

80. ANIMALS—Action for neligence of owner of a dog in suffering it to commit injury to a person may be maintained under either common law or statute—Pleading and proof of known vicious character of the dog not necessary.

27. ACTIONS—For damages against owner of a vicious dog for injuries to a person resulting in his death may be maintained by widow or next of kin.

MATTHIAS, J.

1. The right to maintain an action at common law for damages resulting from injuries, which by his negligence the owner of a dog suffers such animal to commit, has not been abrogated by statute and such suit may be maintained either under the statute or at common law.

2. Where such suit is based on Section 5838, General Code, it is not essential to aver and prove the known vicious character of the dog or negligence of the owner.

3. Where injuries so caused resulted in the death of the person injured, action may be maintained for the damages suffered by the widow and next of kin under the provisions of Section 10770 and 10772, General Code.

Judgment of the Court of Appeals reversed and that of the Court of Common Pleas affirmed.

Wanamaker, Robinson and Allen, JJ., concur.

## WEEKLY ABSTRACT OF PENDING CASES

These cases have been filed in the Supreme Court, and most of them are for hearing there on motion to certify the record. The references to The Abstract above each case direct the reader to the paragraph telling of the filing of the case, and g've the character of the hearing.

These reports are published exclusively in The Abstract.

The following statements were prepared by our editors from the recitals appearing in the papers filed in the Supreme Court, or they have been written and sent us by the attorney or attorneys bringing the case.